UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 20, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MACIAS MANZO,<br><br>Defendant. | Case No. 1:24-mj-00027-BAM-7<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CARLOS MACIAS MANZO</u>

Case No. <u>1:24-mj-00027-BAM-7</u>  Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__x__   Unsecured Appearance Bond $   <u>$50,000.00 cosigned by Rafael Manzo Macias</u>

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__x__   (Other): <u>Release delayed until 3/21/2024 at 9 AM where defendant must, thereafter, report directly the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814, and with terms as stated on record.</u>

Issued at Sacramento, California on March 20, 2024 at 2:15 PM

Dated:  March 20, 2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE