UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 20, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS MACIAS MANZO,

Defendant.

Case No. 1:24-mj-00027-BAM-7

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CARLOS MACIAS MANZO</u> Case No. <u>1:24-mj-00027-BAM-7</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__x__   Unsecured Appearance Bond $ <u>$50,000.00 cosigned by Rafael Manzo Macias</u>

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__x__   (Other): <u>Release delayed until 3/21/2024 at 9 AM where defendant must, thereafter, report directly the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814, and with terms as stated on record.</u>

_____

Issued at Sacramento, California on March 20, 2024 at 2:15 PM

Dated: March 20, 2024

*[signature]*

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE