Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Carlos Macias Manzo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS MACIAS MANZO<br>　　　　　　　　　　Defendant | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION AND ORDER TO TEMPORARILY EXTEND CURFEW HOUR. |

　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Justin J. Gilio, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Carlos Macias Manzo, that Mr. Macias Manzo be allowed to attend his daughter's graduation and extend his curfew hours on June 6, 2024, to 10:00 p.m.

　　　Pretrial Services has no objection to this request.

Dated: May 28, 2024　　　　　　　　　　　　　　　／s／　Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Carlos Macias Manzo

Dated: May 28, 2024　　　　　　　　　　　　　　　/s/ Justin J. Gilio
　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED.

Dated:  **May 28, 2024**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE